# Third District Court of Appeal

## State of Florida

Opinion filed November 23, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1551
Lower Tribunal No. 14-11093

————————

## Rosaida Cuellar and Evelio Carmona,
Appellants,

vs.

## Federal National Mortgage Association,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Rosaida Cuellar, in proper person.

Atlas | Solomon PLLC, and Adam G. Schwartz (Stuart); McGlinchey Stafford, and William L. Grimsley (Jacksonville), for appellee.

Before EMAS, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Handel v. Nevel</u>, 147 So. 3d 649, 651 (Fla. 3d DCA 2014) ("We review a trial court's ruling on a rule 1.540(b) motion to vacate for an abuse of discretion, and we will not disturb that ruling unless no reasonable judge would have reached the same decision") (internal citation omitted); <u>Lopez v. Wilmington Tr., N.A.</u>, 302 So. 3d 953, 955 (Fla. 3d DCA 2020) ("Any matter asserted in [appellants'] rule 1.540(b) motion that was before the trial court prior to the entry of the amended final judgment of foreclosure is improperly raised in a rule 1.540(b) motion. A rule 1.540(b) motion cannot be utilized 'to overcome [a party's] failure to timely challenge the original final judgment.' <u>Baez v. Perez</u>, 201 So. 3d 692, 694 (Fla. 4th DCA 2016) (quoting <u>Beal Bank, S.S.B., Inc. v. Sherwin</u>, 829 So. 2d 961, 962 (Fla. 4th DCA 2002))").